

EXHIBIT
A-1

# CERTIFICATE OF SERVICE

The undersigned certifies that on 19th day of June, 2018 in Cause No. **18-06-82847-C**, JOHNNIE COX VS. TRUE VALUE COMPANY, LLC, ET AL in the 267th Judicial District Court of Victoria County, Texas there was mailed by United States Certified Mail, Return Receipt Requested a true copy of the Citation and a copy of the Plaintiff's Original Petition in said cause to:

RYDER INTEGRATED LOGISTICS, INC.
REGISTERED AGENT CORPORATE CREATIONS NETWORK INC
2425 W LOOP SOUTH #200
HOUSTON TX  77027

I further certify that attached hereto is the return receipt for said document.

This the ___25___ day of ___June___, 2018.

CATHY STUART
District Clerk
Victoria County, Texas

By: ___Rhonda Stone___

FILED 2018 JUN 25 AM 11:09
Cathy Stuart
DISTRICT CLERK
VICTORIA COUNTY, TEXAS

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   RYDER INTEGRATED LOGISTICS INC
   REGISTERED AGENT CORPORATE
   CREATIONS NETWORK INC
   2425 W LOOP SOUTH #200
   HOUSTON, TX 77027
   citation
   6/19/2018  1:26:44PM  18-06-82847-C

   9290 9969 0099 9722 0230 02

2. Article Number (Transfer from service label)
   9214 7969 0099 9790 1622 0229 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Donald Gaines_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Donald Gaines                    6/22/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053           Domestic Return Receipt

| | |
|---|---|
| CLERK OF THE COURT<br>Cathy Stuart<br>115 N. Bridge, Room 330<br>Victoria, Texas 77901 | ATTORNEY REQUESTING ISSUANCE<br>Gavin M. Lane<br>3501 West Waco Drive<br>Waco, TX 76710 |

## THE STATE OF TEXAS
## CITATION

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO: RYDER INTEGRATED LOGISTICS, INC., MAY BE SERVED THROUGH ITS REGISTERED AGENT, CORPORATE CREATIONS NETWORK, INC., 2425 W. LOOP SOUTH #200, HOUSTON TX 77027,**

You are commanded to appear by filing a written answer to the Plaintiff's Original Petition before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service hereof, before the Honorable 267th Judicial District Court of Victoria County, Texas, at the Courthouse of said County in Victoria, Texas.

Said Plaintiff's petition was filed in said Court, on the 18th day of June, 2018 in this case numbered **18-06-82847-C** on the docket of said court, and styled,

JOHNNIE COX
VS.
TRUE VALUE COMPANY, LLC, ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Victoria, Texas, this the 19th day of June, 2018.

CATHY STUART
District Clerk
Victoria County, Texas

Signed: 6/19/2018 12:05:28 PM
By: _____
Deputy

Rule 106: "--the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

Cause #18-06-82847-C                                    267th Judicial District Court
JOHNNIE COX VS. TRUE VALUE COMPANY, LLC, ET AL
**Address for service: RYDER INTEGRATED LOGISTICS, INC., MAY BE SERVED THROUGH ITS REGISTERED AGENT, CORPORATE CREATIONS NETWORK, INC., 2425 W. LOOP SOUTH #200, HOUSTON TX 77027,**

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 2018 at _____ o'clock _____ .M. and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the petitioner's petition, the following times and places, to wit:

| Name | Date | Time | Place, Course and Distance from Courthouse |
|------|------|------|---------------------------------------------|
|      |      |      |                                             |

And not executed as to the defendant(s) _____

the diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

can the information received as to the whereabouts of said defendant(s) being: _____

FEES - - Serving $ _____                                      _____, Sheriff

_____ County, Texas

By: _____ Deputy

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____ (First, Middle, Last), my date of birth is _____, and

my address is _____ (Street, City, Zip).

I DECLARE UNDER PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the ____ day of

_____, 2018.

_____
Declarant/Authorized Process Server

_____
(ID # and Expiration of certification)