

July 10, 2018

**VIA EMAIL (woa@ashcraftlawfirm.com)**

Bill Ashcraft
Ashcraft Law Firm
325 North Saint Paul St. #3900
Dallas, TX 75201

RE:   *Johnnie Cox v. True Value Company, L.L.C., et al.*, No. 180682847C
Ryder Claim # 003031-00545-2-ns

Dear Mr. Ashcroft:

I write on behalf of True Value Company, L.L.C. ("True Value") in connection with the above-referenced matter, and in response to your request for a letter of consent. Please allow this letter to serve as True Value's consent to remove this case to federal court. If you need any other information or have additional questions, please do not hesitate to contact me at (773) 695-5458 or john.hammerle@truevalue.com.

Sincerely yours,

**TRUE VALUE COMPANY, L.L.C.**

*[signature]*

John C. Hammerle
Senior Attorney

JCH/cms

Cc:   Joanna Bradford (*via email*)
Laura Cappel (*via email*)

EXHIBIT
B

Retail Support Center • 8600 W. Bryn Mawr Avenue • Chicago, IL 60631-3505 • Tel: 773.695.5000