Filed 7/2/2018 2:55 PM
Cathy Stuart
District Clerk
Victoria County, Texas
By: Rhonda Stone

EXHIBIT C-2

CAUSE NO. 18-06-82847-C

| | | |
|---|---|---|
| JOHNNIE COX, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 267TH JUDICIAL DISTRICT |
| | § | |
| TRUE VALUE COMPANY, LLC and | § | |
| RYDER INTEGRATED LOGISTICS, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | VICTORIA COUNTY, TEXAS |

<u>DEFENDANT RYDER INTEGRATED LOGISTICS, INC.'S ORIGINAL ANSWER</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW RYDER INTEGRATED LOGISTICS, INC. ("Ryder"), Defendant in the above-entitled and numbered cause, and files this Original Answer (the "Answer") to Plaintiff's Original Petition (the "Petition"), and for such Answer would respectfully show the Court as follows:

<u>GENERAL DENIAL</u>

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Ryder generally denies each and every, all and singular, the allegations contained in the Petition, and any and all amendments thereto, and demands strict proof thereof by a preponderance of the evidence. Ryder hereby reserves the right to amend its Answer before the trial of this cause.

WHEREFORE, PREMISES CONSIDERED, Ryder prays that Plaintiff take nothing upon final hearing or trial hereof; that this suit be dismissed on the merits with prejudice to the refiling of same; and that Ryder be awarded its costs of court, together with such other and further relief, whether general or special, at law or in equity, to which Ryder may show itself justly entitled.

<u>DEFENDANT RYDER INTEGRATED LOGISTICS, INC.'S ORIGINAL ANSWER</u> - Page 1

Respectfully submitted,

By: /s/ William O Ashcraft
    William O Ashcraft, Esq.
    State Bar No. 01372800

    ASHCRAFT LAW FIRM
    3850 Republic Center
    325 North St. Paul Street
    Dallas, Texas 75201
    Telephone: (214) 987-0660
    Facsimile: (214) 987-3847
    Email: woa@ashcraftlawfirm.com

    ATTORNEYS FOR DEFENDANT
    RYDER INTEGRATED LOGISTICS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant Ryder Integrated Logistics, Inc.'s Original Answer was served via the electronic case filing system upon counsel of record for Plaintiff on this 2nd day of July 2018, as follows:

Gavin M. Lane, Esq.
LAW OFFICES OF ZIMMERMAN, ZIMMERMAN,
  COTNER, LEJEUNE, RESSETAR & BENNETT
3501 West Waco Drive
Waco, Texas 76710
glane@zlawhelp.com

    /s/ William O Ashcraft
    William O Ashcraft