VICTORIA COUNTY DISTRICT COURT

# CASE SUMMARY
### CASE NO. 18-06-82847-C

| | | |
|---|---|---|
| **Johnnie Cox**<br>vs.<br>**True Value Company, LLC, Et Al** | §<br>§<br>§<br>§ | Location: **267th Judicial District Court**<br>Judicial Officer: **Bell, Robert E.**<br>Filed on: **06/18/2018** |

---

**CASE INFORMATION**

Case Type: **Other Injury Or Damages**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 18-06-82847-C |
| Court | 267th Judicial District Court |
| Date Assigned | 06/18/2018 |
| Judicial Officer | Bell, Robert E. |

---

**PARTY INFORMATION**

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **Cox, Johnnie** | **Lane, Gavin M**<br>*Retained*<br>254-752-9688(W) |
| **Defendant** | **Ryder Integrated Logistics, Inc.** | **Ashcraft, William O.**<br>*Retained*<br>214-987-0660(W) |
| | **True Value Company, LLC** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/18/2018 | Original Petition (Opens Case) | |
| 06/18/2018 | Request<br>*Request for Issuance* | |
| 06/19/2018 | Citation by Certified Mail<br>*True Value Company LLC* | |
| 06/19/2018 | Citation by Certified Mail<br>*Ryder Integrated Logistics Inc* | |
| 06/19/2018 | Copy<br>*file Copy Citations (2)* | |
| 06/19/2018 | **Citation by Certified Mail**<br>True Value Company, LLC<br>Served: 06/22/2018 | |
| 06/19/2018 | **Citation by Certified Mail**<br>Ryder Integrated Logistics, Inc.<br>Served: 06/22/2018 | |
| 07/02/2018 | Answer<br>*Defendant Ryder's Original Answer* | |

**EXHIBIT D**