IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOHNNIE COX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| TRUE VALUE COMPANY, LLC and | § | |
| RYDER INTEGRATED LOGISTICS, INC., | § | |
| | § | |
| Defendants. | § | |

INDEX OF MATTERS BEING FILED

Exhibit A        All executed process

        A-1   Certificate of Service/Citation issued to Defendant Ryder Integrated Logistics, Inc. (served 06/22/18)

        A-2   Certificate of Service/Citation issued to Defendant True Value Company, LLC (served 06/22/18)

Exhibit B        Letter of Consent to Removal by True Value Company, LLC (dated 07/10/18)

Exhibit C        Pleadings asserting causes of action and all answers to such pleadings

        C-1   Plaintiff's Original Petition (filed 06/18/18)

        C-2   Defendant Ryder Integrated Logistics, Inc.'s Original Answer (filed 07/08/16)

Exhibit D        Victoria County District Court Case Summary (Docket Sheet)

Exhibit E        Index of Matters Being Filed

Exhibit F        List of All Counsel of Record

EXHIBIT
E
_____