IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JOHNNIE COX, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| TRUE VALUE COMPANY, LLC and § | |
| RYDER INTEGRATED LOGISTICS, INC. § | |
| § | |
| Defendants. § | |

LIST OF ALL COUNSEL OF RECORD

| PARTY | COUNSEL FOR PARTY |
|---|---|
| Plaintiff Johnnie Cox | Gavin M. Lane, Esq.<br>Email: glane@zlawhelp.com<br><br>LAW OFFICES OF ZIMMERMAN, ZIMMERMAN, COTNER, LEJEUNE, RESSETAR & BENNETT<br>A Profesional Corporation<br>3501 West Waco Drive<br>Waco, Texas 76710<br>Phone: (254) 752-9688<br>Fax: (254) 752-9680 |
| Defendant True Value Company, LLC | Unknown – has not appeared |
| Defendant Ryder Integrated Logistics, Inc. | William O Ashcraft, Esq.<br>E-mail: woa@ashcraftlawfirm.com<br><br>ASHCRAFT LAW FIRM<br>3850 Republic Center<br>325 North St. Paul Street<br>Dallas, Texas 75201<br>Telephone: (214) 987-0660<br>Facsimile: (214) 987-3847 |

EXHIBIT F

LIST OF ALL COUNSEL OF RECORD – Solo Page