IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOHNNIE COX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-cv-00054 |
| | § | |
| TRUE VALUE COMPANY, LLC and | § | |
| RYDER INTEGRATED LOGISTICS, INC, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Johnnie Cox and Defendant Ryder Integrated Logistics, Inc., and file this their Joint Motion to Dismiss With Prejudice, requesting that this Court dismiss the above-entitled and numbered action with prejudice to its refiling on the ground that all claims, counterclaims and issues (including attorneys' fees) between the parties have been fully resolved. The attorneys' fees and expenses associated with this action and all outstanding court costs shall be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Johnnie Cox and Defendant Ryder Integrated Logistics, Inc., jointly request that the Court dismiss this action (including all claims, counterclaims and requests for attorneys' fees therein) against all Defendants with prejudice to its refiling and order that the attorneys' fees and expenses associated with this action and all outstanding costs of court be paid by the party incurring same.

Respectfully submitted,

By: _____
Gavin M. Lane, Esq.
State Bar No. 24091297

LAW OFFICES OF ZIMMERMAN,
ZIMMERMAN, COTNER, LEJEUNE,
RESSETAR & BENNETT
3501 West Waco Drive
Waco, Texas 76710
Telephone No: (254) 752-9688
Facsimile No.: (254) 752-9680
Email: glane@zlawhelp.com

COUNSEL FOR PLAINTIFF
JOHNNIE COX


By: _____
William O Ashcraft, Esq.
State Bar No. 01372800

ASHCRAFT LAW FIRM
3850 Republic Center
325 North St. Paul Street
Dallas, Texas 75201
Telephone: (214) 987-0660
Facsimile: (214) 987-3847
Email: woa@ashcraftlawfirm.com

COUNSEL FOR DEFENDANT
RYDER INTEGRATED
LOGISTICS, INC.